IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAMIAN DURFLINGER                                                                                         PLAINTIFF

      v.                              CASE NO. 5:20-CV-5091

SHERIFF TIM HELDER;
DEPUTY GERARDO CERVANTES,
DEPUTY ANDREW WHISENHUNT,
DEPUTY DAVID TONSBEEK,
DEPUTY JORDAN MYATT,
DEPUTY JONATHAN GLASS,
CORPORAL DUSTIN CARTER,
SERGEANT JAMES MORSE,
CORPORAL MULVANEY,
SERGEANT MARIAH CARRIER,
AND CORPORAL JOEL MINOR                                                                      DEFENDANTS

## ORDER

    The Court has received a report and recommendation (Doc. 84) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court grant Defendants' Motion for Summary Judgment (Doc. 65).  The Court has conducted careful review of this case.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

    IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. 65) is GRANTED and this case is DISMISSED WITH PREJUDICE.

    Judgment will be entered accordingly.

    IT IS SO ORDERED this November 9, 2021.

                                                               /s/ P. K. Holmes III
                                                              P.K. HOLMES III
                                                              U.S. DISTRICT JUDGE